**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEPHEN H. TURNER, SB# 89627
  E-Mail: Stephen.Turner@lewisbrisbois.com
LARISSA G. NEFULDA, SB# 201903
  E-Mail: Larissa.Nefulda@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant ENHANCED RECOVERY COMPANY, LLC

Kira M. Rubel (CA. SBN 253970)
krubel@kmrlawfirm.com
**LAW OFFICES OF KIRA M. RUBEL**
555 West Beech Street, Suite 230
San Diego, California 92101
Telephone: (800) 836-6531

Attorney for Plaintiff RYAN RUBEL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RUBEL, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ENHANCED RECOVERY COMPANY, LLC, a Limited Liability Company<br><br>　　　　Defendant. | CASE NO. 15cv2340 W KSC<br><br>[Assigned to: Judge Thomas J. Whelan, Courtroom 3C]<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:　　None Set |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff RYAN RUBEL and Defendant ENHANCED RECOVERY COMPANY, LLC have agreed to settle the above-entitled lawsuit in its entirety.

The parties anticipate that they will complete the settlement, and that the parties will file a

Joint Motion to Dismiss the Entire Action, with prejudice, within 30 days.  The parties request that all hearing dates be taken off-calendar, including the January 19, 2016 Early Neutral Evaluation Conference.

DATED: January 18, 2016　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      */s/ Larissa G. Nefulda*
Stephen H. Turner
Larissa G. Nefulda
Attorneys for Defendant ENHANCED RECOVERY COMPANY, LLC

DATED: January 18, 2016　　　　　　　THE LAW OFFICES OF KIRA M. RUBEL

By:      */s/ Kira M. Rubel*
Kira M. Rubel
Attorneys for Plaintiff RYAN RUBEL