**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEPHEN H. TURNER, SB# 89627
E-Mail: Stephen.Turner@lewisbrisbois.com
LARISSA G. NEFULDA, SB# 201903
E-Mail: Larissa.Nefulda@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant ENHANCED RECOVERY COMPANY, LLC

**LAW OFFICES OF KIRA M. RUBEL**
Kira M. Rubel (CA. SBN 253970)
krubel@kmrlawfirm.com
555 West Beech Street, Suite 230
San Diego, California 92101
Telephone: (800) 836-6531

Attorney for Plaintiff RYAN RUBEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RUBEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, LLC, a Limited Liability Company<br><br>Defendant. | CASE NO. 15cv2340 W KSC<br><br>STIPULATION AND JOINT MOTION TO DISMISS |

WHEREAS Plaintiff RYAN RUBEL ("Plaintiff" or "Mr. Rubel") filed a

Complaint against Defendant ENHANCED RECOVERY COMPANY, LLC ("ERC") on October 16, 2015;

    WHEREAS on or about January 19, 2016, Plaintiff and Defendant reached a settlement in this action and executed papers reflecting their agreement;

    THEREFORE, pursuant to Local Rule 7.2 and Federal Rule of Civil Procedure 41(a), the parties hereby jointly move to dismiss Plaintiff's claims against Defendant with prejudice, with each party to bear his/her/its own costs and attorney's fees.

    IT IS SO STIPULATED.

[Electronic Signatures are located on the following page.]

Respectfully submitted,

Date: March 11, 2016         LAW OFFICES OF KIRA M. RUBEL

                             By: */s/ Kira M. Rubel*
                             Kira M. Rubel, Esq.

                             *Attorney for Plaintiff*

Date: March 11, 2016         LEWIS BRISBOIS

                             By: */s/ Larissa Nefulda*
                             Larissa Nefulda, Esq.

                             *Attorneys for Defendant*

**SIGNATURE ATTESTATION**

By my signature below, I hereby certify that I have the permission to affix the signature of defense counsel, Larissa Nefulda, to this document, and that she has reviewed and approved the contents of this filing.

March 11, 2016               LAW OFFICES OF KIRA M. RUBEL

                             By: */s/ Kira M. Rubel*
                             Kira M. Rubel, Esq.

3