UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RUBEL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 15-CV-2340 W (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 11]** |

The parties have filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  [Doc. 11.]  Good cause appearing, the Court **GRANTS** the motion and **DISMISSES** this action with prejudice.  Each party shall bear its own costs and attorney fees.

**IT IS SO ORDERED.**

Dated:  March 21, 2016

_____
Hon. Thomas J. Whelan
United States District Judge